UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 2 2015
```

Fredkiey Hurley,

        Plaintiff,

—v—

La Lucha LLC et al.,

        Defendants.

15-CV-3985 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Because Defendants in the above-captioned matter have not yet been served, the Initial Pretrial Conference scheduled for Friday, September 25, 2015 is adjourned *sine die*. Plaintiff shall submit a letter detailing the status of service of the Defendants on or before Friday, October 23, 2015. Upon receipt of confirmation that Defendants have been served, the Court will reschedule the Initial Pretrial Conference.

    SO ORDERED.

Dated: September 22, 2015
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge