USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 26 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fredkiey Hurley,

        Plaintiff,

—v—

La Lucha LLC,

        Defendant.

15-CV-3985 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff initiated the above-captioned action on May 21, 2015. See Dkt. No. 1. On September 22, 2015, the Court ordered Plaintiff to submit a letter detailing the status of service of the Defendants on or before Friday, October 23, 2015. See Dkt. No. 4. To date, the Court has not received the requested update nor any indication that Defendants have been served. If Plaintiff does not submit a letter on or before November 2, 2015 demonstrating good cause for failure to serve, the above-captioned action will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    SO ORDERED.

Dated: October 26, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1