# AFFIDAVIT OF SERVICE

| State of New York | County of NEW YORK | U.S District Court, Southern District Court |
|---|---|---|

Index Number: CV-03985/15
Date Filed: 5/21/2015

Plaintiff:
**FREDKIEY HURLEY**

vs.

Defendant:
**215 AVENUE B REALTY LLC & LA LUCHA LLC D/B/A LA LUCHA**

For:
51659
TARA DEMETRIADES, ESQ.
19390 COLLINS AVE. STE. 619
SUNNY ISLES BEACH, FL 33160

Received by ELITE LEGAL SERVICES OF NY INC. to be served on **215 AVENUE B REALTY LLC, 632 BROADWAY, 7TH FLR., NEW YORK, NY 10012**.

I, TIMOTHY IRBY, being duly sworn, depose and say that on the **8th day of June, 2015** at **12:01 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **JENNIFER FRANCISCO** as **GENERAL AGENT** for **215 AVENUE B REALTY LLC**, at the address of: **632 BROADWAY, 7TH FLR., NEW YORK, NY 10012**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 150, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

TIMOTHY IRBY
1391236

Subscribed and Sworn to before me on the 10th day of June, 2015 by the affiant who is personally known to me.

COMMISSIONER OF DEEDS
Corissa Martinez
City of New York- No. 3-7441
Certificate Filed in Queens County
Commision Expires August 1, 2016

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2015003005

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r