## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

        **Plaintiff,**

**v.**

**LA LUCHA LLC d/b/a LA LUCHA**,
a New York for profit limited liability
company and **215 AVENUE B
REALTY LLC** a New York for profit
limited liability company,

        **Defendants.**
_____

Case No. 1:15-CV-03985-AJN

## MOTION FOR EXTENSION FO TIME TO FIL.E MOTION TO SHOW CAUSE

Plaintiff, FREDKIEY HURLEY, by and through the undersigned counsel, and in accordance with this Court's inherent authority hereby requests that this Court grant Plaintiff a thirty (30) day extension of time to prepare the Order to Show Cause relating to Defendants' failure to respond to Plaintiff's claims. Plaintiff is still awaiting finalization of Plaintiff's expert's report and supporting affidavit.

Defendant will not be prejudiced by an extension of time as Defendants have not entered any appearance in this action.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order providing an additional thirty (30) days to file his order to show cause.

Respectfully submitted on December 7, 2015.

By: /s/ **Tara Demetriades**
Tara Demetriades, Esq.
New York Bar # 4185666

**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, NY 11771
t: 516.595.5009
E: TDemetriades@Aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion to Reset Pretrial Scheduling Deadlines has been served via the Court's CM/ECF filing system upon all parties of record on December 7, 2015.

By: /s/ **Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666