UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDKIEY HURLEY, individually,

          **Plaintiff,**

v.

LA LUCHA LLC d/b/a LA LUCHA, a New York for profit limited liability company and 215 AVENUE B REALTY LLC a New York for profit limited liability company,

          **Defendants.**

Case No. 1:15-CV-03985-AJN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 07 2015

## MOTION FOR EXTENSION FO TIME TO FIL.E MOTION TO SHOW CAUSE

Plaintiff, FREDKIEY HURLEY, by and through the undersigned counsel, and in accordance with this Court's inherent authority hereby requests that this Court grant Plaintiff a thirty (30) day extension of time to prepare the Order to Show Cause relating to Defendants' failure to respond to Plaintiff's claims. Plaintiff is still awaiting finalization of Plaintiff's expert's report and supporting affidavit.

Defendant will not be prejudiced by an extension of time as Defendants have not entered any appearance in this action.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order providing an additional thirty (30) days to file his order to show cause.

Respectfully submitted on December 7, 2015.

> By: /s/ Tara Demetriades
> Tara Demetriades, Esq.
> New York Bar # 4185666

**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, NY 11771
t: 516.595.5009
E: TDemetriades@Aol.com

> The Court GRANTS Plaintiff's request for an extension. Plaintiff shall file for a default judgment on or before January 8, 2016.

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion to Reset Pretrial Scheduling Deadlines has been served via the Court's CM/ECF filing system upon all parties of record on December 7, 2015.

> By: /s/ Tara Demetriades
> Tara Demetriades, Esq.
> New York Bar No. 4185666

SO ORDERED: 12/7/15

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE